United States District Court
Northern District of Illinois

Robert D. Huston,
Plaintiff

v.

Annie Slanina,
in her individual and official capacities

and

Evanston Police Department,
an agency of the City of Evanston

and

Evanston Hospital,
the Body Politic

and

Corey Michael Nohl,
in his individual and official capacities

and

William R. Krug,
in his individual and official capacities

Defendants.

1:12-cv-04582
Judge Virginia M. Kendall
Magistrate Judge Geraldine Soat Brown

RECEIVED
JUN 1 3 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**COMPLAINT**

1. NOW COMES the Plaintiff, ROBERT D. HUSTON [hereinafter, HUSTON], complaining of the Defendants, ANNIE SLANINA [hereinafter, SLANINA], the EVANSTON POLICE DEPARTMENT, EVANSTON HOSPITAL, COREY MICHAEL NOHL [hereinafter, NOHL], and WILLIAM R. KRUG [hereinafter, KRUG] for the deprivation of rights secured to Plaintiff HUSTON by the United States Constitution and the laws of the United States of

1

Plaintiff's Exhibit 1

THE STATE OF _Illinois_ )
COUNTY OF _Cook_ ) SS.   PATIENT: _Robert Huston_

## AFFIDAVIT

Before me, the undersigned authority, personally appeared _Pamela Kring_, (Custodian) who, being by me duly sworn, deposed as follows:

My name is _Pamela C. Kring_ (Custodian), I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of _North Shore University HealthSe_ (Facility)

Attached hereto are _142_ pages of records pertaining to _Robert Huston_ (Patient). These _142_ pages of records are kept by _NorthShore University HealthSystem_ (Facility) in the regular course of business, and it was the regular course of business of _North Shore_ (Facility) for an employee or representative of _North Shore_ (Facility) with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion or diagnosis. The records attached hereto are the original or exact duplicates of the original.

_[signature]_
Affiant
(Custodian of Records)

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal this _7_ day of _June_, 20_12_.

Official Seal
Farrah Underwood
Notary Public State of Illinois
My Commission Expires 05/09/2015

_Farrah Underwood_
Notary Public

My Commission expires:

**All Notes (continued)**

2-6 days

---

**Progress Notes signed by Dunham, Karin A at 06/16/07 1007**

| Author: | Dunham, Karin A | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 06/16/07 1007 | Note Time: | 06/16/07 1007 | | |

Problem: RISK FOR VIOLENCE
IP PSYCH CARE PLAN

Goal: PATIENT DOES NOT BRING HARM TO OTHERS DURING HOSPITALIZATION
-Patient's physical and/or verbal threats decrease and cease.
-Patient explores socially acceptable ways to express anger and frustration.
-Patient develops ability to deal with tension without becoming combative.
"I promise I won't hurt you..." Pt. very superficial about recent events of last PM. Has been napping steadily after breakfast. He requested a Flovent which was ordered by Dr. Stephansy. Has been asleep and has not used it yet. No outbursts thus far this shift.

---

**Progress Notes signed by Nohl, Cory Michael at 06/16/07 0951**

| Author: | Nohl, Cory Michael | Service: | (none) | Author Type: | Resident |
|---|---|---|---|---|---|
| Filed: | 06/16/07 0951 | Note Time: | 06/15/07 1752 | | |

PGY1 Progress Note

S: Slept through the night. Apologized for behavior yesterday evening. Reports increased anxiety associated with anniversary of allegations leading to dismissal from medical school in 1997. Discussed medication options at great length and adamantly refuses adjustment. Reports not tolerating Depakote in the past ("It made me more depressed...I'm not bipolar.") Also stated he is unwilling to adjust Cymbalta dosing ("This dose works for me. I don't want to mess with anything.") Is notably more appropriate and cooperative compared with admission and subsequent events yesterday evening.

O: BP 125/92 | Pulse 105 | Temp 97.8 F (36.6 C) | Resp 16 | Wt 258 lbs 9.6 oz (117.300 kg)

---

Huston, Robert (MR # 202289005)

## All Notes (continued)

MSE:
Cooperative
Good eye-contact
Speech mildly pressured, much less than on previous exam
No psychomotor agitation
Mood dysthymic
Affect flat
Thoughts mildly circumstantial
No SI / HI, no AH / VH
Insight and judgement poor


Assessment: 41 y/o male with history of shizzoaffective disorder, limited willingness to comply with psychotropic intervention, marked Axis II traits, with narcisstic behavior, recent increase in exacerbation possibly associated with anniversary of being expelled from medical school under unclear circumstances. Patient is markedly disorganized, with persecutory delusions and verbally aggressive behavior. Psychiatric hospitalization required for stabilization. Behavior and events since admission strongly suggest bipolar spectrum disorder raising concern for administration of SNRI in the absence of mood stabilizer. Patient is at this point unwilling to make any adjustments to medication. Behavior notably improved this morning compared with admission. Will need to follow with aim of attaining therapeutic alliance that will allow for more appropriate pharmacotherapy.


Axis I:   Schizoaffective disorder, paranoid
          R/o bipolar disorder
Axis II:  Axis II traits, r/o narcissitic personality disorder
Axis III: GERD
          Asthma
          COPD
Axis IV: Chronic mental illness
Axis V: GAF 20


Plan:


-Continue previous medications, as outlined above; aim to establish agreement on more appropriate regimen; patient is very unlikely to agree to further psychotropic intervention
-Assault precautions
-Restrict outgoing phone-calls (called police and made threats shortly after admission)
-Zyprexa prn agitation


Plan of care discussed with attending psychiatrist, Dr. Anderson, who concurs.


Cory Nohl PGY1
x3585

---

**All Notes (continued)**

**Progress Notes signed by Anderson, Ivar at 06/16/07 0949**

| | | | | | |
|---|---|---|---|---|---|
| Author: | Anderson, Ivar | Service: | (none) | Author Type: | Mental Health Worker |
| Filed: | 06/16/07 0949 | Note Time: | 06/16/07 0948 | | |

Problem: EMOTIONAL STRESS

Goal: EFFECTIVE COPING
Intervention: COPING ENHANCEMENT
Coping Assessment
Discussed with patient/family short & long term goals, alternative responses, available support systems and community resources pertinent to current situation.

Up early, did eat breakfast, was superficially pleasant, reported some residual sedation from meds last night. Did not go into events of last night, and I did not ask. I adjusted his pants so they fit better (by fastening two belt loops together), pt seemed to appriciate contact but did go back to bed to rest.
Did not make any outgoing phone calls.

**Progress Notes signed by Nohl, Cory Michael at 06/16/07 0939**

| | | | | | |
|---|---|---|---|---|---|
| Author: | Nohl, Cory Michael | Service: | (none) | Author Type: | Resident |
| Filed: | 06/16/07 0939 | Note Time: | 06/15/07 2003 | | |
| Related Notes: | Original Note by: Nohl, Cory Michael filed at 06/15/07 2016 | | | | |

Resident On-Call Event Note

Called by nursing staff due to patient complaints of shortness of breath.

S: On exam patient seated on bed, irritable, in no acute distress. "You're trying to kill me, you don't know what you're doing...Don't talk to me in that salacious voice like you wanna bugger me!" Patient subsequently ambulated down hall in response to telephone call. Raising voice, minimally redirectable. "I need emergency respiratory therapy. Do

## All Notes (continued)

you know what that is?" Continued to escalate. Returned to room in no acute distress with the exception of marked agitation.

O: Lungs CTA bilaterally
O2Sat 98%
Patient agitated, verbally aggressive

A/P: 41 y.o with history of schizoaffective disorder vs bipolar disorder and Cluster B traits admitted following verbally assaultive and physically threatening behavior at residential home. No evidence of respiratory distress on exam. Code Brown called. PRN Zyprexa administered with good effect.

Cory Nohl PGY1
x3585

PGY1 Addendum
"Code Brown" in A/P above should read "Code GRAY."

Cory Nohl PGY1

06/15/07 2016 Progress Notes Signed by: Nohl, Cory Michael

### Progress Notes signed by Reed, Tony at 06/15/07 2057

| Author: | Reed, Tony | Service: | (none) | Author Type: | Mental Health Worker |
|---|---|---|---|---|---|
| Filed: | 06/15/07 2057 | Note Time: | 06/15/07 2057 | | |

Problem: RISK FOR VIOLENCE
IP PSYCH CARE PLAN
Goal: PATIENT DOES NOT BRING HARM TO OTHERS DURING HOSPITALIZATION
-Patient's physical and/or verbal threats decrease and cease.
-Patient explores socially acceptable ways to express anger and frustration.
-Patient develops ability to deal with tension without becoming combative.
Intervention: ASSIST INDIVIDUAL IN MAINTAINING CONTROL OVER BEHAVIOR
-Encourage constructive methods to deal with unpleasant feelings.
-Offer medications as ordered, assess response.
-Give patient positive reinforcement for appropriate behaviors.
-Set limits on verbal abuse.
Pt. on ap with 15 minute checks. Pt. also has had his out going phone calls restricted. He earlier had called the police dept. and then wanted to call the fire dept. Pt. was allowed to call his mother and he did with staff supervision. Pt. was yelling and a code grey was called. Pt. got a IM medication at 1930. Pt. has been resting in room afterwards.

**All Notes (continued)**

**Progress Notes signed by Nohl, Cory Michael at 06/15/07 2016**

| | | | | | |
|---|---|---|---|---|---|
| Author: | Nohl, Cory Michael | Service: | (none) | Author Type: | Resident |
| Filed: | 06/15/07 2016 | Note Time: | 06/15/07 2003 | Note Status: | Revised |
| Related Notes: | Addendum by: Nohl, Cory Michael filed at 06/16/07 0939 | | | | |

Resident On-Call Event Note

Called by nursing staff due to patient complaints of shortness of breath.

S: On exam patient seated on bed, irritable, in no acute distress. "You're trying to kill me, you don't know what you're doing...Don't talk to me in that salacious voice like you wanna bugger me!" Patient subsequently ambulated down hall in response to telephone call. Raising voice, minimally redirectable. "I need emergency respiratory therapy. Do you know what that is?" Continued to escalate. Returned to room in no acute distress with the exception of marked agitation.

O: Lungs CTA bilaterally
O2Sat 98%
Patient agitated, verbally aggressive

A/P: 41 y.o with history of schizoaffective disorder vs bipolar disorder and Cluster B traits admitted following verbally assaultive and physically threatening behavior at residential home. No evidence of respiratory distress on exam. Code Brown called. PRN Zyprexa administered with good effect.

Cory Nohl PGY1
x3585

**Progress Notes signed by Krug, William R at 06/15/07 1937**

| | | | | | |
|---|---|---|---|---|---|
| Author: | Krug, William R | Service: | (none) | Author Type: | Registered Nurse |
| Filed: | 06/15/07 1937 | Note Time: | 06/15/07 1937 | | |

"You don't want me to breathe!!! You're gonna kill me!!! I WANT TO GET OFF THIS FLOOR YOU FUCKERS!!!! Pt highly agitated, yelling very loudly

Huston, Robert (MR # 202289005)

**All Notes (continued)**

in hallway. Code called, pt cooperative with IM Zyprexa with security staff present. Pulse Ox currently 98.

### Progress Notes signed by Krug, William R at 06/15/07 1922

| | | | | | |
|---|---|---|---|---|---|
| Author: | Krug, William R | Service: | (none) | Author Type: | Registered Nurse |
| Filed: | 06/15/07 1922 | Note Time: | 06/15/07 1922 | | |

Pt demanding emergency respiratory treatment, says he can't breathe, no observable S/S of respiratory distress, ROC seeing pt now.

### Progress Notes signed by Krug, William R at 06/15/07 1854

| | | | | | |
|---|---|---|---|---|---|
| Author: | Krug, William R | Service: | (none) | Author Type: | Registered Nurse |
| Filed: | 06/15/07 1854 | Note Time: | 06/15/07 1854 | | |

Pt asking for Albuteral inhaler, ROC notified.

### Progress Notes signed by George, Laurie at 06/15/07 1842

| | | | | | |
|---|---|---|---|---|---|
| Author: | George, Laurie | Service: | (none) | Author Type: | Registered Nurse |
| Filed: | 06/15/07 1842 | Note Time: | 06/15/07 1842 | | |

Received a telephone call from the Evanston Police Department that Pt was again making threatening telephone calls to Police Department as he had in am. I believe officer said Pt was harrasing the officers and threatening their lives. Department was requesting that we restrict Pt's outgoing calls so that harrasing ceases.

### Progress Notes signed by Krug, William R at 06/15/07 1812

| | | | | | |
|---|---|---|---|---|---|
| Author: | Krug, William R | Service: | (none) | Author Type: | Registered Nurse |
| Filed: | 06/15/07 1812 | Note Time: | 06/15/07 1812 | | |

Pt given restriction of rights on making outgoing phone calls. The Evanston Police Dept called to report that pt was calling them and threatening to kill the officers involved in his arrest today. Pt agitated, denying he was threatening to kill officers. RN, LG received the call from EPD.

### H&P signed by Nohl, Cory Michael at 06/15/07 1631

| | | | | | |
|---|---|---|---|---|---|
| Author: | Nohl, Cory Michael | Service: | (none) | Author Type: | Resident |
| Filed: | 06/15/07 1631 | Note Time: | 06/15/07 1325 | | |

Psychiatric Examination

## All Meds and Administrations (continued)

### Albuterol Neb NEBU 2.5 mg (VENTOLIN) [79414621]

Status: Discontinued (Past End Date/Time), Reason: Error

Ordered On: 06/15/07 1851 by Nohl, Cory Michael
Dose (Remaining/Total): 2.5 mg (-/-)
Route: Inhalation
Admin Instructions: For inhalation by respiratory therapy.
Starts/Ends: 06/15/07 1851 - 06/15/07 1859
Frequency: Q4HPRN
Rate/Duration: - / -
Comments:

(No admins scheduled or recorded for this medication)

### Combivent AERO 2 Puff (COMBIVENT) [79414787]

Status: Discontinued (Past End Date/Time), Reason: Patient Discharged

Ordered On: 06/15/07 1859 by Nohl, Cory Michael
Dose (Remaining/Total): 2 Puff (-/-)
Route: Inhalation
Admin Instructions: Shake well. For inhalation.
Starts/Ends: 06/15/07 1857 - 06/18/07 2216
Frequency: Q4HPRN
Rate/Duration: - / -
Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 06/18/07 1418 | Given | 2 Puff | Inhalation | | Dunham, Karin A |
| 06/18/07 1007 | Given | 2 Puff | Inhalation | | Dunham, Karin A |
| 06/18/07 0459 | Given | 2 Puff | Inhalation | | O'Malley, Mari-Ann |
| 06/17/07 1809 | Given | 2 Puff | Inhalation | | Zzreis, Kristine H. |
| 06/17/07 1043 | Given | 2 Puff | Inhalation | | Dunham, Karin A |
| 06/17/07 0541 | Given | 2 Puff | Inhalation | | O'Malley, Mari-Ann |
| 06/16/07 1724 | Given | 2 Puff | Inhalation | | Martin, Kathleen Reid |
| 06/16/07 0426 | Given | 2 Puff | Inhalation | | O'Malley, Mari-Ann |
| 06/15/07 2048 | Held | 2 Puff | Inhalation | | Krug, William R |
| | Comments: Pt sound asleep | | | | |
| 06/15/07 2044 | Missed | 2 Puff | Inhalation | | Krug, William R |
| | Reason: Drug not available from Pharmacy | | | | |
| 06/15/07 2028 | Missed | 2 Puff | Inhalation | | Krug, William R |
| | Reason: See Comment | | | Comments: Pharmacy called. | |
| 06/15/07 2024 | Missed | 2 Puff | Inhalation | | Krug, William R |
| | Reason: Drug not available from Pharmacy | | | | |
| 06/15/07 1900 | Missed | 2 Puff | Inhalation | | Krug, William R |
| | Reason: Drug not available from Pharmacy | | | | |
| 06/15/07 1800 | Missed | 2 Puff | Inhalation | | Krug, William R |
| | Reason: Drug not available from Pharmacy | | | | |

### ClonAZEPAM (Klonopin) TABS 0.5-1 mg (KLONOPIN) [79426569]

Status: Discontinued (Past End Date/Time), Reason: Patient Discharged

Ordered On: 06/16/07 0839 by Nohl, Cory Michael
Dose (Remaining/Total): 0.5-1 mg (-/-)
Route: Oral
Admin Instructions:
Starts/Ends: 06/16/07 0838 - 06/18/07 2216
Frequency: Q6HPRN
Rate/Duration: - / -
Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 06/17/07 2310 | Given | 1 mg | Oral | | Zzreis, Kristine H. |

Scan on 6/15/2007 12:00 AM by Galom, Sylvia : document type- PSYCH ADMISSION AND LEGAL cmts: 06/17/07 restriction of rights (below)

---

Reference: 405 ILCS 5/2-103, 2-104, 2-107, 2-108, 2-109 and 2-20 HUSTON, ROBERT
CHERNAIK, STEPHEN J.
2022890057166    02/21/66    M

**NOTICE REGARDING RESTRICTED RIGHTS OF INDIVIDUAL**

Regarding (Name): _____ ID n _____

☒ MH  ☐ DD  or ☐ MH/DD services at Evanston Northwestern Hosp. facility

**PART I.**
A. On (date): 6/15/2007 at (time): 16:00 m. he or she was:
(month/day/year)
☐ Placed in restraints    ☐ Placed in seclusion

B. Had a restriction placed on certain rights (which are checked and explained below) for a duration of

HOURS: ___  DAYS: ___  FROM: 6/15/2007 16:00  TO: open ended
                                Date/Time              Date/Time

☐ To refuse medication
  ☐ in accordance with treatment/habilitation plan
  ☐ emergency basis
☐ To refuse medical service - x-ray
☒ To be allowed communication*
  (via: telephone, mail, visitation)
  (Circle applicable)

☐ To manage his or her own personal hygiene
☐ To refuse medical service - laboratory specimens

☐ To refuse other medical treatment services
☐ To refuse dental services
☐ To retain personal property
☐ To be free of unexpected search of person or living area

Other, specify: No outgoing phone calls.

The reason(s) for restriction of rights is (are):
Making phone threats to kill Evanston Police Dept officer

A or B (above)  Date 6/15/07  Signature: William RK  Title: RN

**PART II.**
I certify that on _____, I, _____ _____
             (month/day/year)       (name)          (title)
☐ delivered in person and ☐ mailed a copy of this notice in ☐ English ☐ Spanish ☐ Other (specify) _____ to each of the following entitled to receive notice, unless:

☐ individual wished no one to be notified. Exception: Guardian of person**;

☐ his or her guardian of person;  Name: _____
                                    Address: _____
☐ designated by individual; or    Name: _____
                                    Address: _____
☐ representative of the           Name: _____
  Guardianship and                Address: _____
  Advocacy Commission

**PART III.**
I certify that a copy of this Notice has been placed in the individual's record.
Staff Signature: William RK  RN

*Also see the reverse side if mail, telephone, or visitation rights are being restricted.
**Designated guardian of person must be notified regardless of individual's wishes.

(MHDD-4)
IL462-2004 (R-7-01)    NOTICE REGARDING RESTRICTED RIGHTS OF INDIVIDUAL

---

Scan on 6/15/2007 12:00 AM by Nakanwagi, Zainabu : document type- PSYCH ADMISSION AND LEGAL cmts: p3/5
06/15/07 INVOLUNTARY ADMISSION (below)

---

I have read and understood this Petition and affirm that the statements made by me are true to the best of my knowledge. I further understand that knowingly making a false statement of this Petition is a Class A misdemeanor.

Date: 6/15/07  Signed: Annie Slamina (Signature)

Printed Name: Annie Slamina

Relationship to respondent: case worker

Address: 901 Maple Ave, Evanston IL 60202

Listed below are the names and addresses of the spouse, parent, guardian, or surrogate decision maker, if any, and close relative or, if none, a friend of the respondent whom I have reason to believe may know or have any of the other names and addresses. If names and addresses are not listed below, the following describes my efforts to identify and locate these individuals.

Mary Ann Huston (M) 773.545.2027

Signed: Annie Slamina
Title: PRSC

Within 12 hours after admission to the facility under this status I gave respondent a copy of this Petition. I have explained the "Rights of Admittee" to the respondent and have provided him or her with a copy of it. I have also provided him or her with a copy of "Rights of Individuals" and explained those rights to him or her (405 ILCS 5/3-609).

Date: _____  Signed: _____
Time: _____  Title: _____

HUSTON, ROBERT
CHERNAIK, STEPHEN J.
2022890057166    02/21/66    M

(MHDD-5)

Scan on 6/15/2007 12:00 AM by Nakanwagi, Zainabu : document type- PSYCH ADMISSION AND LEGAL cmts: p2/5
06/15/07 INVOLUNTARY ADMISSION (below)

---

I assert that __Robert Huston__ is:
    (name)

[✓] A person who is mentally ill and who because of his or her illness is reasonably expected to inflict serious physical harm upon himself or herself or another in the near future.

[ ] A person who is mentally ill and who because of his or her illness is unable to provide for his or her basic physical needs so as to guard himself or herself from serious physical harm.

[ ] A person who is mentally retarded and is reasonably expected to inflict serious physical harm upon himself or herself or others in the near future.

[✓] In need of immediate hospitalization for the prevention of such harm.

I base the foregoing assertion on the following (provide a detailed statement including a description of the signs and symptoms of a mental illness and of any, acts threats or other behavior or pattern of behavior supporting the assertion and the time and place of their occurrence. Additional page(s) may be attached as necessary):

This morning res'd began making delusional statements about a conspiracy & then threatened to kill his roommate. Res'd then began to be verbally aggressive to staff & tried to hit his NSG during med pass. He then stated he intended to kill someone before he was killed. Res'd paranoid requires acute care to prevent harm to self or others.

Below is a list of all witnesses by whom the facts asserted may be provided (include addresses and phone numbers):

Karen Madda, DON
Olaide Ogundere, CNA  } 901 Maple Ave.
Miriam Myers, LPN

[ ] do [✓] do not have a legal interest in this matter.
[ ] do [✓] do not have a financial interest in this matter.
[ ] am [✓] am not involved in litigation with the respondent.

[✓] No certificate is attached because after diligent effort it was impossible to locate someone legally authorized to issue the certificate.

[ ] Although I have indicated that I have a legal or financial interest in this matter or that I am involved in litigation with the respondent, I believe it would not be practicable or possible for someone else to be the petitioner for the following reasons:

HUSTON, ROBERT
CHERNAIK, STEPHEN J.
2022890057166    02/21/66   M

(MHDD-5)
IL 462-2005 (R-7-01)
Page 2 of 5

Scan on 6/15/2007 12:00 AM by Nakanwagi, Zainabu : document type- PSYCH ADMISSION AND LEGAL cmts: p1/5
06/15/07 INVOLUNTARY ADMISSION (below)

---

## PETITION FOR INVOLUNTARY/JUDICIAL ADMISSION

### STATE OF ILLINOIS

CIRCUIT COURT FOR THE _____ JUDICIAL CIRCUIT

_____ COUNTY

IN THE MATTER OF

Robert Huston
(name of person)

Docket No. _____

HUSTON, ROBERT
CHERNAIK, STEPHEN J.
2022890057166        02/21/66    M

Who is asserted to be a person subject to ___involuntary___ admission to a facility and for whom
(judicial/involuntary)
this petition is initiated by reason of:

[✓] Emergency admission by certificate.  (405 ILCS 5/3-600)

[ ] Admission by court order.  (405 ILCS 5/3-700)

[ ] Voluntary admittee submitted written notice of desire to be discharged.  (405 ILCS 5/3-403)

[ ] Voluntary admittee failed to reaffirm a desire to continue treatment.  (405 ILCS 5/3-404)

[ ] Person continues to be subject to involuntary admission.  (405 5/3-813)

[ ] Emergency admission of the mentally retarded.  (405 ILCS 5/4-400)

[ ] Judicial admission of the mentally retarded.  (405 ILCS 5/4-500)

[ ] Developmentally disabled client or an interested person on behalf of the client submitted written objection to admission. (405 ILCS 5/4-306)

[ ] Administrative client (or person who executed application) failed to authorize continued residence.
   (405 ILCS 5/4-310)

[ ] Client continues to meet standard for judicial admission.  (405 ILCS 5/4-611)

MHDD-5)
-462-2005 (R-7-01)

Page 1 of 5